# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**BENJAMIN N. FREEMAN,**<br><br>Defendant. | PO-25-5224-GF-JTJ<br><br>VIOLATION: FBLG0046<br>Location Code: M9GF<br><br>ORDER |

Based upon the United States' motion to dismiss violation FBLG0046 and for good cause shown,

**IT IS ORDERED** that violation FBLG0046 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for March 26, 2026, is **VACATED.**

DATED this 23rd day of January 2026.

_____
John Johnston
United States Magistrate Judge